# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARLTON ALLEN,

    Petitioner,

v.

MONICA RECTENWALD,

    Respondent.

Civ. No. 1:15-cv-00309 (BJR)

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS:**

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The petition for habeas corpus is **DENIED**.

(3) The case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**SO ORDERED.**

Dated this 9th day of February, 2017.

Barbara Jacobs Rothstein
U.S. District Court Judge